359 A.2d 906

COMMONWEALTH

v.

KLEKOTA, Appellant.

Submitted February 2, 1976. John J. Thomas, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc*. See *Commonwealth v. Roberts*, 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975).